Teresa BALLARD, individually and on behalf of others similarly situated; Kenisha Bryant, individually and on behalf of others similarly situated;

Robert Robey, individually and on behalf of others similarly situated; Cheryl King, individually and on behalf of others similarly situated; Richard Lynn, individually and on behalf of others similarly situated; Crystal Luebbers, individually and on behalf of others similarly situated, Plaintiffs/Appellants,

v.

AA CHECK CASHIERS, INC., doing business as Payday Check Cashers; Advance America Cash Advance Centers of Arkansas, Inc.; Affordable Pawn And Loan, Inc., doing business as Affordable Cash Advance; Check 'N Go of Arkansas, Inc.; Chek–Mark Cashing Center, Inc.; E–Z Money Express, LLC; Eastside Check Cashers, Inc.; First American Cash Advance of Arkansas, LLC; Shulertown, Inc., doing business as Mountain Man Cash Advance; Emerson Monument Company; Payday Advances of Springdale, Inc.; Payday Money Store, Inc.; A to Z Pawn, Inc.; Z–Rep, Inc., doing business as B & D Check Cashers; Westark Financial Consultants of Springdale, Inc., doing business as American Check Cashers; Westark Financial Consultants of Fayetteville, Inc., doing business as American Check Cashers; National Cash, Inc.; Roger C. Limore; Cathy S. Limore; William Webster; GDJ, Jr. Investments, LP; MSS Group, LLC, Defendants/Appellees,

Stewart H. Johnson; A. Foster Chapman, Defendants,

Dan C. Breeden, Jr., Trustee under trust agreement dated 4/21/98 establishing AAI/GDJ III Trust; Dan C. Breeden, Jr., Trustee under trust agreement dated 4/21/98 establishing AAI/SPJ Trust, Defendants/Appellees,

Brannon Investments, L.P.; Susan Johnson irrevocable trust dated 12/13/94, Trust; Stewart H. Johnson, Defendant,

Columbia Investments, L.L.C.; Defendant/Appellee,

Laurel Investment Partners, LLC; Defendant,

John Loraine; Paul Mather; Charles Hawbaker; Jared A. Davis; A. David Davis; Laura E. Klekamp; Janice G. Hanna; Mark B. Hanna; Charles J. Fowler; SBS Investments, LLC; John Tacker; John Kugler; Larry Kugler; Maurice Thomas; Robert Fuqua; Dale Nichols; Jay Breslau; Kerri Breslau; W. Cosby Hodges, Jr., Defendants/Appellees,

Old Republic Surety Company, Defendant,

Hartford Fire Insurance Company; American Manufacturers Mutual Insurance Company; Western Surety Company; Arkansas Check Cashiers Association, Inc.; John Does, 1–100, Defendants/Appellees.

No. 01–1207.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 14, 2001.

Filed Sept. 25, 2001.

Before McMILLIAN, BEAM, and HANSEN, Circuit Judges.

PER CURIAM.

The plaintiffs below appeal the district court's [1] decision dismissing their claim for lack of subject matter jurisdiction. We have carefully reviewed appellants' submissions on appeal and find them to be without merit. We therefore affirm the district court without further discussion. *See* 8th Cir. R. 47B.

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.